ANTHONY J. SIA
A PROFESSIONA
445 HAMILTON AV
WHITE PLAINS,

(914) 9

ANTHONY J. SIANO

Application granted. Defendant may travel from July 29-August 1 provided that she submits a travel itinerary, including identifying each event that she will attend, to Pre-Trial Services in advance of the travel. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 6).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 20, 2026

**By PACER and Federal Express**

Hon. Philip M. Halpern
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Pavinder Kaur
Dkt No. 26 CR 275 (PMH)

Dear Judge Halpern:

I am counsel for the defendant in the above captioned case. The defendant is awaiting sentencing before this Court on November 5, 2026. In this letter, I apply for permission for my client to travel domestically.

Defendant Ms. Pavinder Kaur requests permission to travel during the period of July 29 through August 1. The travel is to attend various wedding festivities for a second cousin marrying a young woman. Events will occur: 1) in the Matamoras, PA, area on July 29 and 30; 2) in the Oakland, NJ, area on July 31 and 3) back in Matamoras, PA on August 1. All the events will be day trips for Ms. Kaur.

Assistant United States Attorney Margery Feinzig does not object to this travel. Pre-Trial Services Officer Emily Rosado does not object to this travel request, with the specific condition that I identify each event for Pre-Trial Services. I am preparing today a separate letter doing that.

I request that the Court permit this travel. Should the Court wish, I will prepare a draft Order on Consent for the Court's use.

Respectfully submitted,

Anthony J. Siano

cc: AUSA Margery Feinzig (by electronic mail)
Officer Emily Rosado (by electronic mail)