UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PARVINDER KAUR,<br><br>Defendant. | : | **SCHEDULING ORDER**<br><br>7:26-cr-275 (PMH) |

The Sentencing Hearing scheduled for November 5, 2026 is rescheduled to November 19, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
August 21, 2026

Philip M. Halpern
United States District Judge