ANTHONY J. SIA[...]
A PROFESSIONA[...]
445 HAMILTON AV[...]
WHITE PLAINS, [...]

(914) 9[...]
FAX (914)[...]

ANTHONY J. SIANO

Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 16).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 13, 2026

**By PACER and Federal Express**

Hon. Philip M. Halpern
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Pavinder Kaur
Dkt No. 26 CR 275 (PMH)

Dear Judge Halpern:

I am counsel for the defendant in the above captioned case.

Defendant's sentencing submission is due on October 15, 2026. The government's date for a responsive submission is set for October 22, 2026. Those dates were set when my client's sentencing was scheduled for November 5, 2026.

As the Court is aware, the sentencing of Ms. Kaur has been rescheduled for November 19, 2026. I am requesting that defendant be granted one additional week, until October 22, 2026, to make her submission and that the government be granted until October 29, 2026, to respond.

I have consulted with Assistant United States Attorney Feinzig and she consents to these requests.

Respectfully submitted,

Anthony J. Siano

cc: AUSA Margery Feinzig (by electronic mail)
Probation Officer Paige (by electronic mail)